# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Moices Garduno Valencia,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:11-cv-560

USA,

    Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2012 Order.

                           Signed: June 11, 2012

                           Frank G. Johns, Clerk
                           United States District Court